QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEX VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-488-FCD |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Date: January 17, 2006 |
| JOSE ALEX VILLEGAS, | ) | Time: 10:00 a.m. |
| | ) | Judge: Frank C. Damrell |
| Defendant. | ) | |
| _____ | ) | |

JOSE A. VILLEGAS, by and through his counsel, DENNIS S.
WAKS, Supervising Assistant Federal Defender, and the United
States Government, by and through its counsel, Michelle
Rodriguez, Assistant United States Attorney, hereby agree that
the status conference of December 5, 2005 be continued to January
17, 2006 at 9:30 a.m.

This continuance is being requested because defense counsel
requires additional time to review discovery, continue our
investigation, and to interview our client and other witnesses.
Our Office was just appointed to represent the defendant on

1

November 16, 2005.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 17, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.


DATED:   November 30, 2005

                                        Respectfully submitted,
                                        QUIN DENVIR
                                        Federal Defender

                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        JOSE ALEX VILLEGAS


                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   November 30, 2005
                                        /S/ Dennis S. Waks for

                                        _____
                                        MICHELLE RODRIGUEZ
                                        Assistant United States Attorney



**IT IS SO ORDERED.**

Dated: November 30, 2005

                                        /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL JR.
                                        United States District Court Judge