DENNIS S. WAKS, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEX VILLEGAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-488-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER |
| v. | ) | |
| | ) | Date: February 27, 2006 |
| JOSE ALEX VILLEGAS, | ) | Time: 9:30 a.m. |
| | ) | Judge: Frank C. Damrell |
| Defendant. | ) | |
| _____ | ) | |

JOSE A. VILLEGAS, by and through his counsel, DENNIS S. WAKS, Acting Federal Defender, and the United States Government, by and through its counsel, Michelle Rodriguez, Assistant United States Attorney, hereby agree that the status conference of January 17, 2006 be continued to February 27, 2006 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February

/ / /

/ / /

/ / /

1

27, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
Code T4 based upon defense preparation.


DATED: __January 12, 2006

                              Respectfully submitted,

                              DENNIS S. WAKS
                              Acting Federal Defender

                              /S/ Dennis S. Waks
                              _____
                              Attorney for Defendant
                              JOSE ALEX VILLEGAS


                              McGREGOR SCOTT
                              United States Attorney

DATE: __January 12, 2006
                              /S/ Dennis S. Waks for
                              _____
                              MICHELLE RODRIGUEZ
                              Assistant United States Attorney



**IT IS SO ORDERED.**

Dated: January 13, 2006
                              /s/ Frank C. Damrell Jr._____
                              HON. FRANK C. DAMRELL JR.
                              United States District Court Judge

2